# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 21, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.   23-1450,        <u>Suzanne Popper v. Hartford Financial Services Group, Inc.</u>
                      7:22-cv-00148-D-RN

TO:   Hartford Financial Services Group, Inc.
      Hartford Life and Accident Insurance Company

BRIEF OR JOINT APPENDIX CORRECTION DUE:  July 26, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[x] The Disclosure Statement, Table of Contents, and Table of Authorities are missing in the corrected response brief. Please file a corrected brief by the deadline above.

Donna Lett, Deputy Clerk
804-916-2704